United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEST HARRIS COUNTY REGIONAL WATER AUTHORITY, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-01385 |
| UNION PACIFIC RAILROAD COMPANY, | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on February 15, 2023. Doc. #38. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff West Harris County Regional Water Authority's Motion to Remand (Doc. #10) is GRANTED, and Plaintiff's Motion to Deposit the Award of Special Commissioners into Court's Registry (Doc. #29) is DENIED as moot. This case is hereby REMANDED to the County Court at Law No. 1 for further proceedings.

It is so ORDERED.

MAR 0 3 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge